UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| ARZALOS GONCUOGLU,<br><br>    Plaintiff,<br><br>                    v.<br><br>AMERICAN SECURITY INSURANCE<br>COMPANY; and DOES 1 To 100,<br>inclusive,<br><br>    Defendant. | Case No. 2:15-cv-01804-DSF-JEM<br><br>[~~PROPOSED~~] ORDER<br><br>Date of Removal:  March 12, 2015 |

Pursuant to the foregoing stipulation of the parties and for good cause shown, IT IS SO ORDERED that the foregoing stipulated protective order be entered in this matter.

Dated: 8-26-2015                         By: _John E. McDermott_____

                                         The HONORABLE JOHN E. MCDERMOTT
                                         United States Magistrate Judge